IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony R. Swope<br>    Debtor.<br><br>JPMorgan Chase Bank, National Association<br>    Movant,<br>v.<br><br>Anthony R. Swope<br>    Debtor/Respondent.<br><br>Charles J. DeHart, III, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-04710/HWV<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on April 5, 2019, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

                                                                Respectfully submitted,

Dated: 4-26-19                                                    BY:/s/Nicole B. LaBletta
                                                                     Nicole B. LaBletta, Esquire
                                                                     Shapiro & DeNardo, LLC
                                                                     3600 Horizon Drive, Suite 150
                                                                     King of Prussia, PA 19406
                                                                     (610) 278-6800/ fax (847) 954-4809
S&D File #:17-058068                                   PA BAR ID #318323
                                                                     pabk@logs.com