# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ANTHONY R SWOPE
               Debtor(s)
           CHARLES J. DEHART, III           CHAPTER 13
           CHAPTER 13 TRUSTEE
               Movant
           vs.                                            CASE NO: 1-18-04710-HWV
           ANTHONY R SWOPE
               Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 30, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on January 22, 2019.

2. A hearing was held and an Order was entered on March 7, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                           Respectfully submitted,

                                                           s/    James K. Jones, Esq.
                                                           Id:   39031
                                                           Attorney for Trustee
                                                           Charles J. DeHart, III
                                                           Standing Chapter 13 Trustee
                                                           Ste. A, 8125 Adams Drive
                                                           Hummelstown, PA   17036
                                                           Ph.   717-566-6097
                                                           Fax. 717-566-8313
                                                           eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     ANTHONY R SWOPE

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-18-04710-HWV

Movant

## **NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg     Date:   June 26, 2019
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101     Time:   09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: May 30, 2019

IN RE: ANTHONY R SWOPE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CHAPTER 13

Movant

ANTHONY R SWOPE

CASE NO: 1-18-04710-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 30, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| MICHAEL J CSONKA ESQUIRE<br>166 SOUTH MAIN STREET<br>KERRSTOWN SQUARE<br>CHAMBERSBURG, PA   17201- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| ANTHONY R SWOPE<br>1807 SOLLENBERGER RD<br>CHAMBERSBURG, PA   17202 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   May 30, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ANTHONY R SWOPE

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III <br> CHAPTER 13 TRUSTEE <br> Movant <br> ANTHONY R SWOPE | CASE NO: 1-18-04710-HWV |
| Respondent(s) |  |

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.