```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 18-04710-HWV
Anthony R Swope                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman         Page 1 of 1            Date Rcvd: Jul 31, 2019
                         Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
cr             +Jpmorgan Chase Bank, National Association,   3415 Vision Drive,   Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Jpmorgan Chase Bank, National Association pa-bk@logs.com
              Michael John Csonka    on behalf of Debtor 1 Anthony R Swope office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Jpmorgan Chase Bank, National Association
               nlabletta@pincuslaw.com,   brausch@pincuslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Anthony R. Swope,<br>    Debtor. | CHAPTER 13 |
| JPMorgan Chase Bank, National Association,<br>    Movant,<br>v.<br>Anthony R. Swope,<br>    Debtor,<br><br>Charles J. DeHart, III, Trustee,<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-04710/HWV<br><br>11 U.S.C. § 362 |

**ORDER**

AND NOW, it is hereby ORDERED that the foregoing Stipulation is APPROVED.