In re:                                                              Case No. 18-04710-HWV
Anthony R Swope                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Aug 01, 2019
                 Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
cr               +Jpmorgan Chase Bank, National Association,   3415 Vision Drive,   Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:
      Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
      James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
      Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
      bkgroup@kmllawgroup.com
      Kevin S Frankel    on behalf of Creditor   Jpmorgan Chase Bank, National Association pa-bk@logs.com
      Michael John Csonka    on behalf of Debtor 1 Anthony R Swope office@csonkalaw.com,
      kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
      Nicole Bernadette LaBletta    on behalf of Creditor   Jpmorgan Chase Bank, National Association
      nlabletta@pincuslaw.com,   brausch@pincuslaw.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                     TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Anthony R. Swope,
     Debtor.

JPMorgan Chase Bank, National Association,
     Movant,

v.

Anthony R. Swope,
     Debtor,

Charles J. DeHart, III, Trustee,
     Additional Respondent.

CHAPTER 13

BANKRUPTCY CASE NUMBER
18-04710/HWV

11 U.S.C. § 362

**AMENDED ORDER**

AND NOW, it is hereby ORDERED that the foregoing Stipulation is APPROVED.

Dated: August 1, 2019

By the Court,

Henry W. Van Eck, Bankruptcy Judge (LS)