IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Anthony R Swope | ) | Case # 1:18-bk-04710-HWV |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |

## PRAECIPE TO WITHDRAW APPEARENCE

Kindly withdraw my appearance for the Debtor(s), Anthony R Swope, in the above captioned case.

Respectfully submitted,

December 18, 2023

/s/ Michael J. Csonka
MICHAEL J. CSONKA
Kerrstown Square
166 South Main Street
Chambersburg, PA 17201
(717) 977-3171