

Certificate Number: 00437-PAM-DE-038003280

Bankruptcy Case Number: 18-04710

00437-PAM-DE-038003280

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2023, at 5:20 o'clock PM MST, Anthony Swope completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 7, 2023     By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor