# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Anthony R Swope

Case No.: 1-18-04710HWV

Chapter 13

**Debtor(s)**      **Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Carrington |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 3441 |
| Property Address if applicable: | 1807 Sollenberger Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $14,660.46 |
| b. | Prepetition arrearages paid by the trustee: | $14,660.46 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $5,063.59 |
| f. | Postpetition arrearage paid by the trustee: | $5,063.59 |
| g. | Total b, d, and f: | $19,724.05 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from July 2019 through November 2023. | |
| Current monthly mortgage payment: | $760.62 |
| The next post-petition payment was due on: | December 2023 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  January 23, 2024                                   Respectfully submitted,


                                                           /s/ Jack N. Zaharopoulos
                                                           Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA  17036
                                                           Phone:  (717) 566-6097
                                                           Fax:  (717) 566-8313
                                                           email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Anthony R Swope

Case No.: 1-18-04710HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 23, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Pro Se

**Served by First Class Mail**
Carrington Mortgage Services
1600 South Douglass Rd
Anaheim CA 92806

Anthony R Swope
1807 Sollenberger Rd
Chambersburg PA 17202

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 23, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-04710     **ANTHONY R SWOPE**

CARRINGTON MORTGAGE SERVICES
1600 S DOUGLASS ROAD

ANAHEIM, CA 92806-

**Acct No:** 1807 Sollenberger - POST-ARI

Sequence: 24
Modify:
Filed Date:
Hold Code:

|  |  |  |
|---|---|---|
| Amt Sched: $71,000.00 | Debt: $5,063.59 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $5,063.59 | Accrued Int: $0.00 |
|  |  | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5220** | **CARRINGTON MORTGAGE SERVICES** | | | | | | | |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 01/12/2024 | 9017732 | $154.61 | $0.00 | $154.61 | 01/12/2024 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 12/19/2023 | 9017565 | $85.31 | $0.00 | $85.31 | 12/19/2023 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2023 | 9017220 | $85.30 | $0.00 | $85.30 | 10/18/2023 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 09/19/2023 | 9017031 | $298.99 | $0.00 | $298.99 | 09/19/2023 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 06/13/2023 | 9016485 | $79.22 | $0.00 | $79.22 | 06/13/2023 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 05/16/2023 | 2024647 | $79.22 | $0.00 | $79.22 | 05/25/2023 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 04/18/2023 | 2023597 | $79.22 | $0.00 | $79.22 | 04/26/2023 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 03/15/2023 | 2022605 | $79.21 | $0.00 | $79.21 | 03/21/2023 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 02/15/2023 | 2021596 | $79.23 | $0.00 | $79.23 | 02/22/2023 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 01/18/2023 | 2020596 | $158.43 | $0.00 | $158.43 | 01/24/2023 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2022 | 2018649 | $79.22 | $0.00 | $79.22 | 12/06/2022 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017588 | $94.42 | $0.00 | $94.42 | 10/24/2022 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 09/13/2022 | 2016576 | $94.42 | $0.00 | $94.42 | 09/19/2022 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015496 | $337.14 | $0.00 | $337.14 | 08/23/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 04/12/2022 | 2011386 | $74.15 | $0.00 | $74.15 | 04/19/2022 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010362 | $74.15 | $0.00 | $74.15 | 03/22/2022 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 02/16/2022 | 2009397 | $74.15 | $0.00 | $74.15 | 02/23/2022 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008388 | $148.31 | $0.00 | $148.31 | 01/25/2022 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006343 | $74.15 | $0.00 | $74.15 | 11/23/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 10/14/2021 | 2005298 | $82.19 | $0.00 | $82.19 | 10/19/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 09/14/2021 | 2004303 | $82.21 | $0.00 | $82.21 | 09/21/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003242 | $82.20 | $0.00 | $82.20 | 08/24/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 07/14/2021 | 2002216 | $82.19 | $0.00 | $82.19 | 07/20/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 06/16/2021 | 2001239 | $84.42 | $0.00 | $84.42 | 06/22/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 05/18/2021 | 2000215 | $75.47 | $0.00 | $75.47 | 06/07/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 04/15/2021 | 1228852 | $75.49 | $0.00 | $75.49 | 04/20/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 03/17/2021 | 1227825 | $75.47 | $0.00 | $75.47 | 03/23/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 02/17/2021 | 1226812 | $75.47 | $0.00 | $75.47 | 02/23/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2021 | 1225804 | $306.42 | $0.00 | $306.42 | 01/26/2021 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 09/17/2020 | 1221216 | $72.50 | $0.00 | $72.50 | 09/23/2020 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 08/12/2020 | 1220176 | $65.33 | $0.00 | $65.33 | 08/18/2020 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 07/07/2020 | 1219103 | $72.98 | $0.00 | $72.98 | 07/13/2020 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 06/02/2020 | 1218111 | $72.98 | $0.00 | $72.98 | 06/10/2020 |
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 05/06/2020 | 1217166 | $72.98 | $0.00 | $72.98 | 05/12/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 522-0 | CARRINGTON MORTGAGE SERVICES | | 04/14/2020 | 1215987 | $82.55 | $0.00 | $82.55 | 04/21/2020 |
| 522-0 | JPMORGAN CHASE BANK, NA | | 03/12/2020 | 9006869 | $82.56 | $0.00 | $82.56 | 03/12/2020 |
| 522-0 | JPMORGAN CHASE BANK, NA | | 02/13/2020 | 9006777 | $76.29 | $0.00 | $76.29 | 02/13/2020 |
| 522-0 | JPMORGAN CHASE BANK, NA | | 01/16/2020 | 9006685 | $82.52 | $0.00 | $82.52 | 01/16/2020 |
| 522-0 | JPMORGAN CHASE BANK, NA | | 12/12/2019 | 9006594 | $82.51 | $0.00 | $82.51 | 12/12/2019 |
| 522-0 | JPMORGAN CHASE BANK, NA | | 11/07/2019 | 9006505 | $82.52 | $0.00 | $82.52 | 11/07/2019 |
| 522-0 | JPMORGAN CHASE BANK, NA | | 10/10/2019 | 9006425 | $149.33 | $0.00 | $149.33 | 10/10/2019 |
| 522-0 | JPMORGAN CHASE BANK, NA | | 09/26/2019 | 9006333 | $818.16 | $0.00 | $818.16 | 09/26/2019 |
| | | | | Sub-totals: | $5,063.59 | $0.00 | $5,063.59 | |
| | | | | Grand Total: | $5,063.59 | $0.00 | | |

# Disbursements for Claim

**Case:** 18-04710    ANTHONY R SWOPE

CARRINGTON MORTGAGE SERVICES
1600 S DOUGLASS ROAD

ANAHEIM, CA  92806-

**Acct No:** 1807 Sollenberger - PRE-ARR
ARREARS - 1807 SOLLENBERGER ROAD

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

| | | | |
|---|---|---|---|
| Amt Sched: $71,000.00 | Debt: $14,660.46 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $14,660.46 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **CARRINGTON MORTGAGE SERVICES** | | | | | | | |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 01/12/2024 | 9017732 | $447.66 | $0.00 | $447.66 | 01/12/2024 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 12/19/2023 | 9017565 | $246.96 | $0.00 | $246.96 | 12/19/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2023 | 9017220 | $246.97 | $0.00 | $246.97 | 10/18/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/19/2023 | 9017031 | $865.66 | $0.00 | $865.66 | 09/19/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 06/13/2023 | 9016485 | $229.36 | $0.00 | $229.36 | 06/13/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 05/16/2023 | 2024647 | $229.36 | $0.00 | $229.36 | 05/25/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 04/18/2023 | 2023597 | $229.37 | $0.00 | $229.37 | 04/26/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 03/15/2023 | 2022605 | $229.35 | $0.00 | $229.35 | 03/21/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 02/15/2023 | 2021596 | $229.36 | $0.00 | $229.36 | 02/22/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 01/18/2023 | 2020596 | $458.71 | $0.00 | $458.71 | 01/24/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2022 | 2018649 | $229.37 | $0.00 | $229.37 | 12/06/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017588 | $273.37 | $0.00 | $273.37 | 10/24/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/13/2022 | 2016576 | $273.37 | $0.00 | $273.37 | 09/19/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015495 | $976.13 | $0.00 | $976.13 | 08/23/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 04/12/2022 | 2011386 | $214.68 | $0.00 | $214.68 | 04/19/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010362 | $214.69 | $0.00 | $214.69 | 03/22/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 02/16/2022 | 2009397 | $214.69 | $0.00 | $214.69 | 02/23/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008388 | $429.36 | $0.00 | $429.36 | 01/25/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006343 | $214.69 | $0.00 | $214.69 | 11/23/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 10/14/2021 | 2005298 | $238.00 | $0.00 | $238.00 | 10/19/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/14/2021 | 2004303 | $237.98 | $0.00 | $237.98 | 09/21/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003242 | $237.99 | $0.00 | $237.99 | 08/24/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 07/14/2021 | 2002216 | $238.00 | $0.00 | $238.00 | 07/20/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 06/16/2021 | 2001239 | $244.40 | $0.00 | $244.40 | 06/22/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 05/18/2021 | 2000215 | $218.53 | $0.00 | $218.53 | 06/07/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 04/15/2021 | 1228852 | $218.51 | $0.00 | $218.51 | 04/20/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 03/17/2021 | 1227825 | $218.52 | $0.00 | $218.52 | 03/23/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 02/17/2021 | 1226812 | $218.52 | $0.00 | $218.52 | 02/23/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2021 | 1225804 | $887.18 | $0.00 | $887.18 | 01/26/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/17/2020 | 1221216 | $209.88 | $0.00 | $209.88 | 09/23/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/12/2020 | 1220176 | $189.18 | $0.00 | $189.18 | 08/18/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 07/07/2020 | 1219103 | $211.29 | $0.00 | $211.29 | 07/13/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 06/02/2020 | 1218111 | $211.29 | $0.00 | $211.29 | 06/10/2020 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 05/06/2020 | 1217166 | $211.30 | $0.00 | $211.30 | 05/12/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 04/14/2020 | 1215987 | $239.01 | $0.00 | $239.01 | 04/21/2020 |
| 521-0 | JPMORGAN CHASE BANK, NA | | 03/12/2020 | 9006869 | $239.01 | $0.00 | $239.01 | 03/12/2020 |
| 521-0 | JPMORGAN CHASE BANK, NA | | 02/13/2020 | 9006777 | $220.89 | $0.00 | $220.89 | 02/13/2020 |
| 521-0 | JPMORGAN CHASE BANK, NA | | 01/16/2020 | 9006685 | $238.90 | $0.00 | $238.90 | 01/16/2020 |
| 521-0 | JPMORGAN CHASE BANK, NA | | 12/12/2019 | 9006594 | $238.92 | $0.00 | $238.92 | 12/12/2019 |
| 521-0 | JPMORGAN CHASE BANK, NA | | 11/07/2019 | 9006505 | $238.91 | $0.00 | $238.91 | 11/07/2019 |
| 521-0 | JPMORGAN CHASE BANK, NA | | 10/10/2019 | 9006425 | $432.33 | $0.00 | $432.33 | 10/10/2019 |
| 521-0 | JPMORGAN CHASE BANK, NA | | 09/26/2019 | 9006333 | $2,368.81 | $0.00 | $2,368.81 | 09/26/2019 |

Sub-totals: $14,660.46     $0.00   $14,660.46

Grand Total: $14,660.46     $0.00

# Disbursements for Claim

**Case:** 18-04710     **ANTHONY R SWOPE**

**CARRINGTON MORTGAGE SERVICES**
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806-

**Acct No:** 3441

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:**

| | | |
|---|---|---|
| Amt Sched: $0.00 | Debt: $41,273.79 | Interest Paid: $0.00 |
| Amt Due: $760.62 | Paid: $41,273.79 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **CARRINGTON MORTGAGE SERVICES** | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 12/19/2023 | 9017564 | $760.62 | $0.00 | $760.62 | 12/19/2023 |
| | DisbDescrp: Payment for 11/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2023 | 9017219 | $760.62 | $0.00 | $760.62 | 10/18/2023 |
| | Payment for 10/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 09/19/2023 | 9017030 | $760.62 | $0.00 | $760.62 | 09/19/2023 |
| | Payment for 8/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 09/19/2023 | 9017030 | $760.62 | $0.00 | $760.62 | 09/19/2023 |
| | Payment for 9/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 08/09/2023 | 9016844 | $759.93 | $0.00 | $759.93 | 08/09/2023 |
| | Payment for 7/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICES | | 06/13/2023 | 9016484 | $797.10 | $0.00 | $797.10 | 06/13/2023 |
| | Payment for 6/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 05/16/2023 | 2024645 | $797.10 | $0.00 | $797.10 | 05/24/2023 |
| | Payment for 5/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 04/18/2023 | 2023595 | $797.10 | $0.00 | $797.10 | 04/26/2023 |
| | Payment for 4/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 03/15/2023 | 2022603 | $797.10 | $0.00 | $797.10 | 03/21/2023 |
| | Payment for 3/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 02/15/2023 | 2021590 | $797.10 | $0.00 | $797.10 | 02/22/2023 |
| | Payment for 2/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 01/18/2023 | 2020590 | $797.10 | $0.00 | $797.10 | 01/24/2023 |
| | Payment for 12/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 01/18/2023 | 2020590 | $797.10 | $0.00 | $797.10 | 01/24/2023 |
| | Payment for 1/2023 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 11/16/2022 | 2018643 | $797.10 | $0.00 | $797.10 | 12/07/2022 |
| | Payment for 11/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 10/18/2022 | 2017582 | $797.10 | $0.00 | $797.10 | 10/25/2022 |
| | Payment for 10/2022 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 09/13/2022 | 2016570 | $797.10 | $0.00 | $797.10 | 09/20/2022 |
| | DisbDescrp: Payment for 9/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 08/17/2022 | 2015489 | $797.10 | $0.00 | $797.10 | 08/23/2022 |
| | Payment for 7/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 08/17/2022 | 2015489 | $797.10 | $0.00 | $797.10 | 08/23/2022 |
| | Payment for 8/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 07/13/2022 | 2014460 | $797.10 | $0.00 | $797.10 | 07/19/2022 |
| | Payment for 6/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 06/14/2022 | 2013500 | $797.10 | $0.00 | $797.10 | 06/21/2022 |
| | Payment for 5/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 04/12/2022 | 2011380 | $797.10 | $0.00 | $797.10 | 04/19/2022 |
| | Payment for 4/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 03/16/2022 | 2010356 | $797.10 | $0.00 | $797.10 | 03/22/2022 |
| | Payment for 3/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 02/16/2022 | 2009391 | $797.10 | $0.00 | $797.10 | 02/23/2022 |
| | Payment for 2/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 01/19/2022 | 2008382 | $797.10 | $0.00 | $797.10 | 01/26/2022 |
| | Payment for 1/2022 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 01/19/2022 | 2008382 | $797.10 | $0.00 | $797.10 | 01/26/2022 |
| | Payment for 12/2021 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 11/16/2021 | 2006337 | $797.10 | $0.00 | $797.10 | 11/22/2021 |
| | Payment for 11/2021 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 10/14/2021 | 2005292 | $797.10 | $0.00 | $797.10 | 10/19/2021 |
| | Payment for 10/2021 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 09/14/2021 | 2004298 | $797.10 | $0.00 | $797.10 | 09/20/2021 |
| | Payment for 9/2021 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 08/18/2021 | 2003237 | $797.10 | $0.00 | $797.10 | 08/24/2021 |
| | Payment for 8/2021 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 07/14/2021 | 2002211 | $797.10 | $0.00 | $797.10 | 07/20/2021 |
| | Payment for 7/2021 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 06/16/2021 | 2001234 | $788.17 | $0.00 | $788.17 | 06/22/2021 |
| | Payment for 6/2021 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 05/18/2021 | 2000208 | $788.17 | $0.00 | $788.17 | 05/25/2021 |
| | Payment for 5/2021 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 04/15/2021 | 1228847 | $788.17 | $0.00 | $788.17 | 04/20/2021 |
| | Payment for 4/2021 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 03/17/2021 | 1227819 | $788.17 | $0.00 | $788.17 | 03/23/2021 |
| | Payment for 3/2021 | | | | | | | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 02/17/2021 | 1226807 | $788.17 | $0.00 | $788.17 | 02/23/2021 |
| | Payment for 2/2021 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 01/19/2021 | 1225798 | $788.17 | $0.00 | $788.17 | 01/26/2021 |
| | | | | | | | Payment for 12/2020 | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 01/19/2021 | 1225798 | $788.17 | $0.00 | $788.17 | 01/26/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 12/10/2020 | 1223995 | $788.17 | $0.00 | $788.17 | 12/15/2020 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 11/03/2020 | 1223147 | $788.17 | $0.00 | $788.17 | 11/09/2020 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 09/17/2020 | 1221210 | $788.17 | $0.00 | $788.17 | 09/22/2020 |
| | | | | | | | Payment for 9/2020 | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 08/12/2020 | 1220171 | $788.17 | $0.00 | $788.17 | 08/18/2020 |
| | | | | | | | Payment for 8/2020 | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 07/07/2020 | 1219097 | $757.42 | $0.00 | $757.42 | 07/14/2020 |
| | | | | | | | Payment for 7/2020 | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 06/02/2020 | 1218106 | $757.42 | $0.00 | $757.42 | 06/08/2020 |
| | | | | | | | Payment for 6/2020 | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 05/06/2020 | 1217162 | $757.42 | $0.00 | $757.42 | 05/12/2020 |
| | | | | | | | Payment for 5/2020 | |
| 501-0 | CARRINGTON MORTGAGE SERVICE, | | 04/14/2020 | 1215981 | $757.42 | $0.00 | $757.42 | 04/20/2020 |
| | | | | | | | Payment for 4/2020 | |
| 501-0 | JPMORGAN CHASE BANK, N.A. | | 03/12/2020 | 1215067 | $757.42 | $0.00 | $757.42 | 03/18/2020 |
| | | | | | | | Payment for 3/2020 | |
| 501-0 | JPMORGAN CHASE BANK, N.A. | | 02/13/2020 | 1213763 | $757.42 | $0.00 | $757.42 | 02/20/2020 |
| | | | | | | | Payment for 2/2020 | |
| 501-0 | JPMORGAN CHASE BANK, N.A. | | 01/16/2020 | 1212410 | $732.37 | $0.00 | $732.37 | 01/23/2020 |
| | | | | | | | Payment for 1/2020 | |
| 501-0 | JPMORGAN CHASE BANK, N.A. | | 12/12/2019 | 1211029 | $732.37 | $0.00 | $732.37 | 12/18/2019 |
| | | | | | | | Payment for 12/2019 | |
| 501-0 | JPMORGAN CHASE BANK, N.A. | | 11/07/2019 | 1209699 | $732.37 | $0.00 | $732.37 | 11/14/2019 |
| | | | | | | | Payment for 11/2019 | |
| 501-0 | JPMORGAN CHASE BANK, N.A. | | 10/10/2019 | 1208607 | $732.37 | $0.00 | $732.37 | 10/16/2019 |
| | | | | | | | Payment for 10/2019 | |
| 501-0 | JPMORGAN CHASE BANK, N.A. | | 09/26/2019 | 1207368 | $732.37 | $0.00 | $732.37 | 10/04/2019 |
| | | | | | | | Payment for 9/2019 | |
| 501-0 | JPMORGAN CHASE BANK, N.A. | | 08/07/2019 | 1205915 | $732.37 | $0.00 | $732.37 | 08/14/2019 |
| | | | | | | | Payment for 8/2019 | |
| 501-0 | JPMORGAN CHASE BANK, N.A. | | 08/07/2019 | 1205915 | $732.37 | $0.00 | $732.37 | 08/14/2019 |
| | | | | | | | Payment for 7/2019 | |
| | | | | Sub-totals: | $41,273.79 | $0.00 | $41,273.79 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| | | | | **Grand Total:** | $41,273.79 | $0.00 | | |