Fill in this information to identify the case:

Debtor 1     Anthony R Swope

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                             (State)

Case number 1:18-bk-04710-HWV

# Form 4100R
# Response to Notice of Final Cure

10/15

_____

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** CSMC 2021-JR1 Trust                         **Court claim no.** (if known): 1-2
 **Last 4 digits** of any number you use to identify the debtor's account: 6450

**Property address:**     1807 SOLLENBERGER ROAD ,
                            Number        Street

                            CHAMBERSBURG, PA 17202
                            City                    State        ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

[X]     Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]     Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                $_____

| Part 3: | Postpetition Mortgage |
|---|---|

*Check one:*

[ ]     Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

         The next postpetition payment from the debtor(s) is due on:      ____/____/_____
                                                              MM/DD/YYYY

[X]     Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

        Creditor asserts that the total amount remaining unpaid as of the date of this response is:

        a. Total postpetition ongoing payments due:                                     (a) $11,102.44

        b. Total Suspense:                                                    - (b) $145.72

        c. Total. Subtract lines a and b.

        Creditor asserts that the debtor(s) are contractually                                   (c) $10,956.72
        obligated for the postpetition payment(s) that first became
        due on:                                      10 / 10 / 2019
                                                   MM/ DD/ YYYY

Case 1:18-bk-04710-HWV    Doc 75    Filed 02/13/24    Entered 02/13/24 14:35:03    Desc
Main Document     Page 1 of 4

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in
Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges
expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the
following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

## Part 5:    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[  ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

X    /s/ Michelle L. McGowan                          Date 2/13/2024
       Signature

Print    Michelle L. McGowan                          Title Authorized Agent

         First Name         Middle Name      Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    13010 Morris Rd., Suite 450

           Number        Street

           Alpharetta, GA  30004

           City              State             Z P Code

Contact    470-321-7112                          Email  mimcgowan@raslg.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on February 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Anthony R Swope
1807 Sollenberger Rd
Chambersburg, PA 17202

And via electronic mail to:

Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Justine Bennett
Justine Bennett
Email: Jusbennett@raslg.com

# Chapter 13 Filed Payment Change Reconciliation



| | |
|---|---|
| Preparation Date: | 02/09/24 |
| Prepared by: | Bhargav S |

**Loan Information:**

| | |
|---|---|
| Loan Number | X X X X X X 6450 |
| Debtors Name - 1 | ANTHONY SWOPE |
| Debtors Name - 2 | |
| Property Address | 1807 SOLLENBERGER ROAD |
| Property State | PA |

**Bankruptcy Information:**

| | |
|---|---|
| Bankruptcy Case # | 18-04710 |
| Filing Date: | 11/6/2018 |
| Person filing: | M1 |
| Number of previous filings: | 1 |

**Post petition due**

| | |
|---|---|
| Post petition due date: | 10/10/19 |
| Post petition $$$ due: | $10,956.72 |
| Post petition insurance: | $0.00 |
| Post petition taxes: | $0.00 |
| | |
| Total Post petition due | **$10,956.72** |

| Comment |
|---|
| Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments. |

**Post-Petition Payment History Detail**

| Date Pmnt Rcvd | Post Due Dt | System PMT | Filed PMT | $ Received | Comments |
|---|---|---|---|---|---|
| 11/13/18 | 11/10/18 | $209.48 | $209.48 | $450.00 | |
| | 12/10/18 | $209.48 | $209.48 | | |
| 05/16/19 | 01/10/19 | $209.48 | $209.48 | $300.00 | |
| 06/11/19 | 02/10/19 | $209.48 | $209.48 | $300.00 | |
| | 03/10/19 | $209.48 | $209.48 | | |
| 09/06/19 | 04/10/19 | $209.48 | $209.48 | $300.00 | |
| 01/18/23 | 05/10/19 | $209.48 | $209.48 | $500.00 | |
| | 06/10/19 | $209.48 | $209.48 | | |
| 02/17/23 | 07/10/19 | $209.48 | $209.48 | $300.00 | |
| | 08/10/19 | $209.48 | $209.48 | | |
| 03/16/23 | 09/10/19 | $209.48 | $209.48 | $300.00 | |
| Due | 10/10/19 | $209.48 | $209.48 | 0.00 | |
| Due | 11/10/19 | $209.48 | $209.48 | 0.00 | |
| Due | 12/10/19 | $209.48 | $209.48 | 0.00 | |
| Due | 01/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 02/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 03/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 04/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 05/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 06/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 07/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 08/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 09/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 10/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 11/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 12/10/20 | $209.48 | $209.48 | 0.00 | |
| Due | 01/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 02/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 03/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 04/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 05/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 06/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 07/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 08/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 09/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 10/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 11/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 12/10/21 | $209.48 | $209.48 | 0.00 | |
| Due | 01/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 02/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 03/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 04/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 05/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 06/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 07/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 08/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 09/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 10/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 11/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 12/10/22 | $209.48 | $209.48 | 0.00 | |
| Due | 01/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 02/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 03/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 04/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 05/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 06/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 07/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 08/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 09/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 10/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 11/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 12/10/23 | $209.48 | $209.48 | 0.00 | |
| Due | 01/10/24 | $209.48 | $209.48 | 0.00 | |
| Due | 02/10/24 | $209.48 | $209.48 | 0.00 | |
| | | $0.00 | | | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access...