**Fill in this information to identify the case:**

Debtor 1: Anthony R Swope

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA
(State)

Case number: 1:18-bk-04710-HWV

Official Form 4100R

# Response to Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** Carrington Mortgage Services, LLC

**Court Claim no. (**if known**)**
**2**

**Last 4 digits of any number you use to identify the debtor's account:** XXXXXX3441

**Property address:** 1807 Sollenberger Road
Number    Street

Chambersburg, PA 17201
City        State    Zip Code

### Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

### Part 3: Postpetition Mortgage Payment

*Check One:*

☐ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on: _____
MM/ DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due: (a) $0.00
b. Total fees, charges, expenses, escrow, and costs outstanding: (b) $441.00
c. **Total**. Add lines a and b. (c) $441.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on: 1/1/2024
MM / DD / YYYY

| Debtor 1 | Anthony R Swope | | Case number: 1:18-bk-04710-HWV |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X */s/ Christopher A. DeNardo*   Date: 02/13/2024
  Signature

**Print:** Christopher A. DeNardo 78447   Title: Attorney for and on behalf of Carrington Mortgage Services, LLC (as servicer for creditor)
  First Name   Middle Name   Last Name

Company  LOGS Legal Group LLP

Address  985 Old Eagle School Road, Suite 514
  Number   Street
  Wayne, PA 19087
  City   State   ZIP Code

Contact phone  (610) 278-6800   Email  logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 02/13/2024

Kara Katherine Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Anthony R Swope
1807 Sollenberger Rd
Chambersburg, PA 17202

*/s/ Christopher A. DeNardo*

Christopher A. DeNardo 78447
Heather Riloff - 309906
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | **Post Suspense Short Fall Balance** |  | -$485.42 |  |  |  |  |  |
| **Transaction Type** | **Transaction Date** | **Amount Received** | **Post-petition Due Date** | **Post Amt Due Per PCN** | **Contractual Amt Applied** | **Principal & Interest** | **Escrow** | **Posting Over/Short** | **Credit to Post Suspense** | **Debit from Post Suspense** | **Post Suspense Balance** |
| Beginning Balance | 11/6/2018 | $0.00 | 6/1/2019 |  |  |  |  |  | $0.00 | $0.00 | $0.00 |
| Post-Petition | 08/13/19 | $732.37 | 7/1/2019 | $732.37 | $698.05 | $542.13 | $155.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 08/13/19 | $732.37 | 8/1/2019 | $732.37 | $732.37 | $576.45 | $155.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/03/19 | $732.37 | 9/1/2019 | $732.37 | $732.37 | $576.45 | $155.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/15/19 | $732.37 | 10/1/2019 | $732.37 | $732.37 | $576.45 | $155.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 11/13/19 | $732.37 | 11/1/2019 | $732.37 | $690.72 | $534.80 | $155.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 12/17/19 | $732.37 | 12/1/2019 | $732.37 | $732.37 | $576.45 | $155.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 01/22/20 | $732.37 | 1/1/2020 | $732.37 | $732.37 | $576.45 | $155.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 02/19/20 | $757.42 | 2/1/2020 | $757.42 | $757.42 | $576.45 | $180.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 03/17/20 | $757.42 | 3/1/2020 | $757.42 | $757.42 | $576.45 | $180.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 04/17/20 | $757.42 | 4/1/2020 | $757.42 | $729.76 | $548.79 | $180.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 05/11/20 | $757.42 | 5/1/2020 | $757.42 | $757.42 | $576.45 | $180.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 06/05/20 | $757.42 | 6/1/2020 | $757.42 | $757.42 | $576.45 | $180.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 07/13/20 | $757.42 | 7/1/2020 | $757.42 | $757.42 | $576.45 | $180.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 08/17/20 | $788.17 | 8/1/2020 | $788.17 | $788.17 | $576.45 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 09/21/20 | $788.17 | 9/1/2020 | $788.17 | $788.17 | $576.45 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 11/06/20 | $788.17 | 10/1/2020 | $788.17 | $788.17 | $576.45 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 12/14/20 | $788.17 | 11/1/2020 | $788.17 | $788.17 | $576.45 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 01/25/21 | $788.17 | 12/1/2020 | $788.17 | $788.17 | $576.45 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 01/25/21 | $788.17 | 1/1/2021 | $788.17 | $788.17 | $576.45 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 02/22/21 | $788.17 | 2/1/2021 | $788.17 | $788.17 | $576.45 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 03/22/21 | $788.17 | 3/1/2021 | $788.17 | $788.17 | $576.45 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 04/19/21 | $788.17 | 4/1/2021 | $788.17 | $750.21 | $538.49 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 05/24/21 | $788.17 | 5/1/2021 | $788.17 | $788.17 | $576.45 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 06/21/21 | $788.17 | 6/1/2021 | $788.17 | $788.17 | $576.45 | $211.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 07/19/21 | $797.10 | 7/1/2021 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 08/23/21 | $797.10 | 8/1/2021 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 09/17/21 | $797.10 | 9/1/2021 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/18/21 | $797.10 | 10/1/2021 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 11/19/21 | $797.10 | 11/1/2021 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 01/25/22 | $797.10 | 12/1/2021 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 01/25/22 | $797.10 | 1/1/2022 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 02/22/22 | $797.10 | 2/1/2022 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 04/01/22 | $797.10 | 3/1/2022 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 04/18/22 | $797.10 | 4/1/2022 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 06/17/22 | $797.10 | 5/1/2022 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 07/18/22 | $797.10 | 6/1/2022 | $797.10 | $797.10 | $576.45 | $220.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 08/22/22 | $797.10 | 7/1/2022 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $37.17 |
| Post-Petition | 08/22/22 | $797.10 | 8/1/2022 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $74.34 |
| Post-Petition | 09/19/22 | $797.10 | 9/1/2022 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $111.51 |
| Post-Petition | 10/24/22 | $797.10 | 10/1/2022 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $148.68 |
| Post-Petition | 12/06/22 | $797.10 | 11/1/2022 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $185.85 |
| Post-Petition | 01/23/23 | $797.10 | 12/1/2022 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $223.02 |
| Post-Petition | 01/23/23 | $797.10 | 1/1/2023 | $759.93 | $730.82 | $547.34 | $183.48 | $37.17 | $37.17 | $0.00 | $260.19 |
| Post-Petition | 02/21/23 | $797.10 | 2/1/2023 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $297.36 |
| Post-Petition | 03/20/23 | $797.10 | 3/1/2023 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $334.53 |
| Post-Petition | 04/25/23 | $797.10 | 4/1/2023 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $371.70 |
| Post-Petition | 05/23/23 | $797.10 | 5/1/2023 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $408.87 |
| Post-Petition | 06/15/23 | $797.10 | 6/1/2023 | $759.93 | $759.93 | $576.45 | $183.48 | $37.17 | $37.17 | $0.00 | $446.04 |
| Post-Petition | 08/11/23 | $759.93 | 7/1/2023 | $759.93 | $759.93 | $576.45 | $183.48 | $0.00 | $0.00 | $0.00 | $446.04 |
| Post-Petition | 09/21/23 | $760.62 | 8/1/2023 | $760.62 | $760.62 | $576.45 | $184.17 | $0.00 | $0.00 | $0.00 | $446.04 |
| Post-Petition | 09/21/23 | $760.62 | 9/1/2023 | $760.62 | $751.87 | $567.70 | $184.17 | $0.00 | $0.00 | $0.00 | $446.04 |
| Post-Petition | 10/20/23 | $760.62 | 10/1/2023 | $760.62 | $760.62 | $576.45 | $184.17 | $0.00 | $0.00 | $0.00 | $446.04 |
| Post-Petition | 12/21/23 | $760.62 | 11/1/2023 | $760.62 | $760.62 | $576.45 | $184.17 | $0.00 | $0.00 | $0.00 | $446.04 |
| Post-Petition | 01/17/24 | $800.00 | 12/1/2023 | $760.62 | $760.62 | $576.45 | $184.17 | $39.38 | $39.38 | $0.00 | $485.42 |

**Fill in this information to identify the case:**
Debtor 1: Anthony R Swope
Debtor 2: _____
(Spouse, if filing)
United States Bankruptcy Court for the Middle District of Pennsylvania
(State)
Case number: 1:18-bk-04710-HWV

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** JPMorgan Chase Bank, National Association   **Court Claim No.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account: XXXXXX3441

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes. Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $0.00 |
| 11. | Other. Specify: Foreclosure Attorney Fees | 8/30/2022 Stip for Bankruptcy Relief; $175.00; 8/30/2022 Motion to Dismiss $250.00 | (11) | $425.00 |
| 12. | Other. Specify: Foreclosure Costs | 8/30/2022 Filing fee | (12) | $16.00 |
| 13. | Other. Specify: | | (13) | $0.00 |
| 14. | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  */s/ Lorraine Gazzara Doyle*                     Date: 2.6.23
   Signature

**Print:**   Christopher A. DeNardo 78447
             Lorraine Gazzara Doyle  34576                Title  Attorney
             First Name    Middle Name    Last Name

Company     LOGS Legal Group LLP

Address     3600 Horizon Drive, Suite 150
            Number        Street

            King of Prussia, PA 19406
            City                        State    ZIP Code

Contact phone   (610) 278-6800                    Email  logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony R Swope<br>　　Debtor,<br><br>JPMorgan Chase Bank, National Association<br>　　Movant.<br>v.<br><br>Anthony R Swope<br>　　Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:18-bk-04710-HWV<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

　　I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of JPMorgan Chase Bank, National Association's Notice of Postpetition Mortgage Fees, Expenses, and Charges by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this _____7th_____ day of February, 2023:

Anthony R Swope
1807 Sollenberger Rd
Chambersburg, PA 17202

Michael John Csonka
Csonka Law
166 South Main Street, Kerrstown Square
Chambersburg, PA 17201
office@csonkalaw.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com