United States Bankruptcy Court
Middle District of Pennsylvania

In re:            Case No. 18-04710-HWV
Anthony R Swope            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke         Page 1 of 2
Date Rcvd: Mar 13, 2024         Form ID: fnldecnd         Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony R Swope, 1807 Sollenberger Rd, Chambersburg, PA 17202-8092 |
| cr | + | WILMINGTON, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 13 2024 18:47:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2024 18:53:06 | Jpmorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 5526608 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 13 2024 18:47:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 5526609 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 13 2024 18:47:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 5291098 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 13 2024 18:47:00 | CSMC 2019-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O Box 65250, Salt Lake City UT 84165-0250 |
| 5150358 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2024 19:04:07 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5128297 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2024 18:52:56 | JPMorgan Chase Bank, P O Box 183166, Columbus, OH 43218 |
| 5128298 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 13 2024 18:47:00 | SPS, P O Box 65250, Salt Lake City, UT 84165-0250 |
| 5319521 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 13 2024 18:47:00 | WILMINGTON SAVINGS CARRINGTON MTS SERV, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806, WILMINGTON SAVINGS CARRINGTON MTS SERV, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| 5319520 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 13 2024 18:47:00 | WILMINGTON SAVINGS CARRINGTON MTS SERV, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| 5148805 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 13 2024 18:47:00 | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

**Name** **Email Address**

Christopher A DeNardo
on behalf of Creditor Carrington Mortgage Services LLC logsecf@logs.com, cistewart@logs.com

Christopher A DeNardo
on behalf of Creditor Jpmorgan Chase Bank National Association logsecf@logs.com, cistewart@logs.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com

Kara Katherine Gendron
on behalf of Debtor 1 Anthony R Swope karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kevin S Frankel
on behalf of Creditor Jpmorgan Chase Bank National Association pa-bk@logs.com

Michelle McGowan
on behalf of Creditor CSMC 2021-JR1 Trust mimcgowan@raslg.com

Nicole Bernadette LaBletta
on behalf of Creditor Jpmorgan Chase Bank National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Anthony R Swope, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:18−bk−04710−HWV |

Social Security No.:
        xxx−xx−7258

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Anthony R Swope** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 13, 2024

**fnldec** (01/22)